| | | |
|---|---|---|
| **GLENN M. WILSON & JESSE BALLARD** | * | **NO. 2024-CA-0621** |
| | * | |
| **VERSUS** | * | **COURT OF APPEAL** |
| | * | |
| **ALL OCCUPANTS/TENANTS** | * | **FOURTH CIRCUIT** |
| | * | |
| | | **STATE OF LOUISIANA** |

* * * * * * *

APPEAL FROM
FIRST CITY COURT OF NEW ORLEANS
NO. 2024-05401, SECTION "SECTION A"
Honorable Monique G. Morial, Judge
* * * * * *
**Judge Rachael D. Johnson**
* * * * * *

(Court composed of Judge Daniel L. Dysart, Judge Rosemary Ledet, Judge Rachael D. Johnson)

APPEAL DISMISSED
**April 14,2025**

*RDJ*
*DLD*
*RML*

In this eviction proceeding, Pro Se Appellant, Glenn M. Wilson ("Mr. Wilson"), appeals the city court's August 21, 2024 judgment denying his Rule for Possession for the property located at 2314 Barracks Street, New Orleans, Louisiana 70119 (the "Property"). The city court recognized MKW Development Consulting L.L.C., as the owner of the Property and dismissed Mr. Wilson's claim with prejudice. For the reasons that follow, we dismiss the appeal.

On August 22, 2024, Mr. Wilson timely filed his motion for appeal regarding the city court's August 21, 2024 judgment denying his Rule for Possession. The city court granted Mr. Wilson's motion for appeal on the same day, and the record was lodged with this Court on October 01, 2024. This Court notified the parties that the record had been lodged and provided a briefing schedule. Mr. Wilson's appellate brief was due on October 28, 2024. However, Mr. Wilson did not file a brief by this deadline, nor did he file a motion for extension of time to file a brief.

On January 28, 2025, the Clerk of this Court sent correspondence to Mr. Wilson, informing him that pursuant to Rule 2-8.6 of the Uniform Rules of

1

Louisiana Courts of Appeal, his appeal shall be dismissed if not filed by February 27, 2025.

Rule 2-8.6 of the Uniform Rules of Louisiana Courts of Appeal provides,

> For civil appeals, if an appellant does not file a brief within the time prescribed by Rule 2-12.7 or any extension thereof granted by the court as provided by Rule 2-12.8, a notice shall be transmitted by the clerk to counsel for the appellant, or to the appellant if not represented, that the appeal shall be dismissed 30 days thereafter unless a brief is filed in the meantime. If an appellant does not file a brief within 30 days after such notice is transmitted, the appeal shall be dismissed as abandoned. Provided, however, that irrespective of the time limit provided in Rule 2-12.7 for the appellee to file a brief, the appellee's brief shall be filed within 20 days from the due date shown on the notice of abandonment.

Mr. Wilson failed to file his brief by February 27, 2025. This Court issued an order that Mr. Wilson show cause no later than March 25, 2025 why his appeal should not be dismissed pursuant to Rule 2-8.6 of the Uniform Rules of Louisiana Courts of Appeal. *Riley v. Parish of Jefferson*, 21-55 (La. App. 5 Cir. 5/19/21), 325 So. 3d 1115. Mr. Wilson failed to show cause and has indicated no intent to pursue his appeal. Accordingly, this Court deems Mr. Wilson's appeal abandoned and it is dismissed pursuant to Rule 2-8.6 of the Uniform Rules of Louisiana Courts of Appeal.

**APPEAL DISMISSED**